UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT MICHAEL MARINO,  :

          Petitioner    :

v.    :

WARDEN HOWARD,  :

          Respondent    :

CIVIL ACTION NO. 3:20-1501

(JUDGE MANNION)

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Marino's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Marino's motions for emergency compassionate release and motions for an emergency hearing (Docs. 14, 17, 28, 30, 31) are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: September 23, 2021
20-1501-01-Order